

**ADAM L. BROOKMAN**
DIRECT DIAL: 414-225-1678
ABROOKMAN@BOYLEFRED.COM

July 25, 2011

Honorable J. P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202-4583

    Re:    Lautrec Corporation, Inc. v. Tacori Enterprises
             Civil Action No. 11-cv-136

Dear Judge Stadtmueller:

    I write on behalf of both parties seeking an adjournment and rescheduling of the scheduling conference currently set for July 28, 2011. Counsel for Defendant, Tacori, is on vacation this week and counsel for Plaintiff, Lautrec, is on vacation the week of August 8. Moreover, the parties have reached a settlement agreement in principal and just need to work out the details to a written agreement. In view of the Court's August schedule and the parties' proximity to final settlement, the parties respectfully request the Court to reset the scheduling conference for a date in September.

                                            Respectfully submitted,

                                              Adam L. Brookman

ALB/sls

cc:  Mr. Howard Kroll

{00435628.DOC /}