UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LAUTREC CORPORATION, INC.,

    Plaintiff,

v.                                                     Civil Action No. 11-cv-136

TACORI ENTERPRISES,

    Defendant.

---

## STIPULATED MOTION TO DISMISS

Lautrec Corporation, Inc. and Tacori Enterprises, by their attorneys, hereby move to dismiss the present action, with prejudice. The parties have reached a formal settlement of this case and have agreed that the action will be dismissed with prejudice with each party to bear its own costs and fees, including attorneys' fees.

Respectfully Submitted,

| By: s/ Michael T. Griggs | By: s/ Howard A. Kroll |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| LAUTREC CORPORATION, INC. | TACORI ENTERPRISES |
| | |
| BOYLE FREDRICKSON, S.C. | CHRISTIE, PARKER & HALE, LLP |
| 840 N. Plankinton Ave. | 350 W. Colorado Boulevard, Suite 500 |
| Milwaukee, WI 53203 | Pasadena, CA 91105 |
| Telephone: (414) 225-9755 | Telephone: (626) 683-4527 |
| mtg@boylefred.com | howard.kroll@cph.com |

{00451995.DOC \}